Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLARD HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.,<br><br>    Defendants. | CASE NO.  2:24-cv-00272-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendant JPMorgan Chase Bank, N.A. ("Chase") to respond to Plaintiff Willard Harris's ("Plaintiff") complaint is March 4, 2024.  Chase has requested, and Plaintiff has agreed, that Chase shall have up to and including March 18, 2024 to respond, to provide time for Chase to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

 This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

Dated: March 5, 2024.

| BALLARD SPAHR LLP | CONTEMPORARY LEGAL SOLUTIONS |
|---|---|
| By: /s/ *Madeleine Coles* | By: /s/ *Robert M. Tzall* |
| Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Robert M. Tzall, Esq.<br>Nevada Bar No. 13412<br>2551 North Green Valley Parkway<br>Building C, Suite 303<br>Henderson, Nevada 89014 |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiff Willard Harris* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-7-24