Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLARD HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.,<br><br>    Defendants. | CASE NO.  2:24-cv-00272-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(Fourth Request)** |

The current deadline for Defendant JPMorgan Chase Bank, N.A. ("Chase") to respond to Plaintiff Willard Harris's ("Plaintiff") complaint is April 1, 2024.  Chase has requested, and Plaintiff has agreed, that Chase shall have up to and including April 15, 2024 to respond, as the parties continue to discuss early resolution of the claims asserted against Chase.  The failure to file this stipulation prior to the expiration of the April 1 deadline is the result of excusable neglect, as Chase previously filed a stipulation requesting this extension, which was denied because Chase inadvertently included the wrong case number.

This is the fourth request for such an extension, and it is made in good faith and not for purposes of delay.

///

DMFIRM #411827456 v1

Dated: April 5, 2024.

| | |
|---|---|
| BALLARD SPAHR LLP | CONTEMPORARY LEGAL SOLUTIONS |
| By: /s/ *Madeleine Coles* | By: /s/ *Robert M. Tzall* |
| Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Robert M. Tzall, Esq.<br>Nevada Bar No. 13412<br>2551 North Green Valley Parkway<br>Building C, Suite 303<br>Henderson, Nevada 89014 |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiff Willard Harris* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-9-24