Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Willard Harris, | Case No. 2:24-cv-00272 |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| Experian Information Solutions, Inc., JPMorgan Chase Bank, N.A., | |
| Defendants. | |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Willard Harris ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on February 8, 2024, and currently, Experian's responsive pleading is due April 9, 2024. (ECF No. 1.) The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until April 30, 2024, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 9th day of April 2024.

| NAYLOR & BRASTER | CONTEMPORARY LEGAL SOLUTIONS |
|---|---|
| By: /s/ Jennifer L. Braster<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135 | By: /s/ Robert M. Tzall<br>Robert M. Tzall<br>Nevada Bar No. 13412<br>2551 North Green Valley Parkway<br>Building C, Suite 303<br>Henderson, NV 89014 |
| *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

Dated this 11th day of April 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

- 2 -