Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLARD HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.,<br><br>    Defendants. | CASE NO.  2:24-cv-00272-JCM-MDC<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT<br><br>(Fifth Request) |

The current deadline for Defendant JPMorgan Chase Bank, N.A. ("Chase") to respond to Plaintiff Willard Harris's ("Plaintiff") complaint is April 15, 2024.  Chase has requested, and Plaintiff has agreed, that Chase shall have up to and including April 30, 2024 to respond, as the parties are currently engaged in settlement discussions and anticipate an early resolution of the claims asserted against Chase.

This Court has granted three prior extensions of this deadline.  This is the fourth request for such an extension, and it is made in good faith and not for purposes of delay.

///

Dated: April 15, 2024.

| BALLARD SPAHR LLP | CONTEMPORARY LEGAL SOLUTIONS |
|---|---|
| By: /s/ *Madeleine Coles* | By: /s/ *Robert M. Tzall* |
| Madeleine Coles, Esq. | Robert M. Tzall, Esq. |
| Nevada Bar No. 16216 | Nevada Bar No. 13412 |
| Joel E. Tasca, Esq. | 2551 North Green Valley Parkway |
| Nevada Bar No. 14124 | Building C, Suite 303 |
| 1980 Festival Plaza Drive, Suite 900 | Henderson, Nevada 89014 |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiff Willard Harris* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  4-18-24