# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# (LAS VEGAS)

| | |
|---|---|
| WILLARD HARRIS,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>JPMORGAN CHASE BANK, N.A.,<br><br>  Defendants. | Case No.:<br>2:24-cv-272-JCM-MDC |

## MOTION TO EXTEND TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER.

Plaintiff Willard Harris, by and through his undersigned counsel, hereby request an extension to the time to submit a discovery plan and scheduling order for this action from June 14, 2024 to June 28, 2024. The parties were unable to submit their discovery plan by the original deadline due to a jewish holiday and because counsel for Experian will be out of the office for another week. As such, Plaintiff requests an extension to file a discovery plan and scheduling order for this matter. The original deadline to submit a discovery plan and scheduling order was provided by the docket text when Defendant Experian filed its answer. (ECF No. 23).

Dated:  June 21, 2024.

> */s/ Robert M. Tzall*
> Robert M Tzall, Esq.
> Contemporary Legal Solutions PLLC
> 2551 N Green Valley Pkwy
> Building C Suite 303
> Henderson, NV 89014
> 702-666-0233
> office@contemporarylegalsolutions.com
> *Attorneys for Plaintiff*

IT IS SO ORDERED. The motion is granted nunc proc tunc.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 7-26-24

2

## CERTIFICATE OF SERVICE

I certify that on June 21, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Robert M. Tzall*
> Robert M Tzall, Esq.
> Contemporary Legal Solutions PLLC
> 2551 N Green Valley Pkwy
> Building C Suite 303
> Henderson, NV 89014
> 702-666-0233
> office@contemporarylegalsolutions.com
> *Attorneys for Plaintiff*