1  **Robert M. Tzall**
   **Nevada Bar No. 13412**
2  Contemporary Legal Solutions, PLLC
3  2551 N Green Valley Parkway C
   Suite 303
4  Henderson, NV 89014
   Tel: 702-666-0233
5  office@contemporarylegalsolutions.com

6  Attorney for Plaintiff

7

8                IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEVADA
9

10  Willard Harris                                                ) Docket No.  2:24-CV-272-JCM-MDC
                                                                  )
11          Plaintiff,                                            )
                                                                  ) **STIPULATION AND ORDER OF**
12      vs.                                                       ) **DISMISSAL WITH PREJUDICE AS TO**
    Experian Information Solutions, Inc.;                         ) **EXPERIAN INFORMATION**
13  JPMorgan Chase Bank, N.A.;                                    ) **SOLUTIONS, INC.**
                                                                  )
14          Defendants.                                           )
                                                                  )
15                                                                )
                                                                  )

16

17

18          IT IS HEREBY STIPULATED by and between Plaintiff Willard Harris ("Plaintiff") and

19  Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective

20  counsel of record, that the above-captioned action, as it pertains to Experian, hereby is dismissed

21  with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with

22  the parties to bear their own fees and costs.  Undersigned counsel represent that they are fully

23  authorized by their respective clients to enter into this Joint Stipulation for Dismissal with

24  Prejudice.

25

26  **Respectfully Submitted,**

27

28

Dated: October 11, 2024

| | |
|---|---|
| **Contemporary Legal Solutions PLLC** | **NAYLOR & BRASTER** |
| /s/*Robert M. Tzall* | /s/ *Jennifer L. Braster* |
| Robert M Tzall | Jennifer L Braster |
| 2551 N Green Valley Pkwy Building C, Suite 303 | Nevada Bar No. 9982 |
| Henderson, NV 89014 | 10100 W. Charleston Blvd., Suite 120 |
| Email: office@contemporarylegalsolutions.com | Las Vegas, NV 89135 |
| | Email: jbraster@naylorandbrasterlaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant Experian Information Solutions, Inc.* |

**IT IS SO ORDERED**. October 17, 2024.

_____
**United States District Court Judge**